IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN REESE,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>　　　　Defendant. | Civil Action No. 14-00376<br>Electronically Filed |

**ORDER**

AND NOW, this 3rd day of October, 2014, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (Doc. No. 6) is **GRANTED IN PART** as to Plaintiff's alternative request for remand, and **DENIED IN PART** as to Plaintiff's a request for an immediate award of benefits. The Commissioner's Motion for Summary Judgment (Doc. No. 10) is **DENIED**. The Court hereby Vacates the Commissioner's decision and Remands for further proceedings in accordance with the accompanying Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　　s/ Arthur J. Schwab
　　　　　　　　　　　　　　　　　　　　Arthur J. Schwab
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All Registered ECF Counsel and Parties